# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-0237-01-CR-W-GAF |
| ) | |
| JASON O. CLARK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 10, 2011, a hearing was held on the issue of Defendant Jason O. Clark's competency to stand trial. The parties stipulated that the Court could consider the Forensic Evaluation of February 8, 2011, prepared by Lisa Hope, Psy.D., Forensic Psychologist, and Jessica Hinman, M.S., Forensic Psychology Intern, and reviewed by Ralph Ihle, Ph.D., Chief Forensic Psychologist, of the Metropolitan Detention Center in Los Angeles, California. No other evidence was offered on the issue of Defendant's competency to stand trial.

On March 11, 2011, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #36).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is ORDERED that Defendant Jason O. Clark is found to be competent to stand trial.

    s/ Gary A. Fenner
    Gary A. Fenner, Judge
    United States District Court

DATED: April 1, 2011